# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A106 | E 2647019 | ARVIZU-SORIA | 217 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 02/02/2026 21:30 | 36 CFR 4.23(a)(1) |

Place of Offense: GLCA / GLEN CANYON DAM OVERLOOK

Offense Description: Factual Basis for Charge — HAZMAT ☐

OPERATING A MOTOR VEHICLE UNDER THE INFLUENCE OF ALCOHOL (DUI)

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| BLACK | ERIC | L |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| MARBLE CANYON | AZ | 86036 | [redacted] |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted] | | AZ | [redacted] |

☒ Adult  ☐ Juvenile   Sex ☒ Male ☐ Female   Hair BRO   Eyes BLK   Height 5'05   Weight 180 lbs

### VEHICLE  V[redacted]  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| [redacted] | AZ | '97 | GMC / SIERRA | | BLU |

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

MANDATORY ARREST

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____    Date: _____    Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

UNITED STATES DISTRICT COURT VIOLATION NOTICE

26-04039-MJ-01-PCT-CDB

---

Location Code A106
NPS Case Number – 26-034162
Citation Number – E2647019
Ranger Last Name – ARVIZU-SORIA

☒ AUDIO OR VIDEO PRESENT (Check Box if Yes)

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 2/2/2026 while exercising my duties as a law enforcement officer in the District of Arizona -

At 2036 hours, I, Ranger Arvizu-Soria, and Ranger Knight were patrolling Dam Overlook within Glen Canyon National Recreation Area. I observed a GMC Sierra, Arizona license plate 5YA9L1, parked in the Dam Overlook Parking Lot with the engine and lights off. As I approached the vehicle for a welfare check, I identified myself and noticed a lot of movement in the car. I asked the driver, later identified as Eric BLACK via his AZ driver's License, to roll his window down, but he said he couldn't open it from the inside, so I opened the door for him. I asked BLACK to step out of the vehicle so I could talk to him. As the driver got out of the vehicle, I immediately smelled a strong odor of an alcoholic beverage coming from his vehicle. BLACK's eyes were bloodshot and watery.

Ranger Knight asked BLACK if he had been drinking before he got to the Dam Overlook. BLACK stated that he had drunk before he got to the Dam Overlook Parking Lot, and he had not drunk anything since arriving at the overlook.

I saw a closed can of Steel Reserve High-gravity larger in a cupholder on the dash. As I continued my investigation, I located multiple empty shot bottles in the center console. Later when I completed the search of the vehicle, I located six "99" shot bottles and the one closed high-gravity lager, 24 oz can.

I asked BLACK to perform the Standardized Field Sobriety Test. I observed the following clues during the test. Horizontal Gaze Nystagmus Test: 6 of 6 clues, Walk and Turn Test: 2 of 8 clues, and One Leg Stand Test: 1 of 4 clues. I conducted a breath test utilizing my vehicle's Alco-Sensor FST Breathalyzer, and it registered the presence of alcohol.

After completing the test, I placed BLACK under arrest and issued BLACK Violation Notice # E2647019 for 36 CFR 4.23(a)(1) Operating a Motor Vehicle Under the Influence of Alcohol (DUI).

I transported BLACK to the Coconino County Jail Facility. BLACK provided 2 breath samples on the Intoxilyzer 9000 which recorded a BAC of 0.084 (2246 HR) and 0.081 (2251 HR). The test was administered by Ranger Wagoner.

BLACK was booked at the Coconino County Detention Facility for an initial appearance.

The foregoing statement is based upon:
☒ My personal observation  ☒ My personal investigation
☐ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/02/2026       Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles   Digitally signed by Camille D. Bibles
Date: 2026.02.03 04:50:32 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge

## United States District Court
### Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A106 | E 2647020 | ARVIZU-SORIA | 217 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 02/02/2026 21:30 | 36 CFR 4.23(a)(2) |

Place of Offense: GLCA/GLEN CANYON DAM OVERLOOK

Offense Description: Factual Basis for Charge    HAZMAT ☐
OPERATING A MOTOR VEHICLE WITH BAC > 0.08 (DUI PER SE)

**DEFENDANT INFORMATION**

Last Name: BLACK   First Name: ERIC   M.I.: L

City: MARBLE CANYON   State: AZ   Zip Code: 86036   Date of Birth: [redacted]

Driver's License No.: [redacted]   CDL ☐   D.L. State: AZ   Social Security No.: [redacted]

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BRO   Eyes: BLK   Height: 5'05   Weight: 180

**VEHICLE**   V[IN redacted]   CMV ☐
State: AZ   Year: 97   Make/Model: GMC/SIERRA   PASS ☐   Color: BLU

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.
MANDATORY ARREST

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: _____

Original - CVB Copy

**UNITED STATES DISTRICT COURT VIOLATION NOTICE**

---

**Location Code A106**     **Citation Number – E2647020**
**NPS Case Number – 26-034162**     **Ranger Last Name – ARVIZU-SORIA**
☒ AUDIO OR VIDEO PRESENT (Check Box if Yes)

**STATEMENT OF PROBABLE CAUSE** (For issuance of an arrest warrant or summons)
I state that on 2/2/2026 while exercising my duties as a law enforcement officer in the District of Arizona -

At 2036 hours, I, Ranger Arvizu-Soria, and Ranger Knight were patrolling Dam Overlook within Glen Canyon National Recreation Area. I observed a GMC Sierra, Arizona license plate 5YA9L1, parked in the Dam Overlook Parking Lot with the engine and lights off. As I approached the vehicle for a welfare check, I identified myself and noticed a lot of movement in the car. I asked the driver, later identified as Eric BLACK via his AZ driver's License, to roll his window down, but he said he couldn't open it from the inside, so I opened the door for him. I asked BLACK to step out of the vehicle so I could talk to him. As the driver got out of the vehicle, I immediately smelled a strong odor of an alcoholic beverage coming from his vehicle. BLACK's eyes were bloodshot and watery.

Ranger Knight asked BLACK if he had been drinking before he got to the Dam Overlook. BLACK stated that he had drunk before he got to the Dam Overlook Parking Lot, and he had not drunk anything since arriving at the overlook.

I saw a closed can of Steel Reserve High-gravity larger in a cupholder on the dash. As I continued my investigation, I located multiple empty shot bottles in the center console. Later when I completed the search of the vehicle, I located six "99" shot bottles and the one closed high-gravity lager, 24 oz can.

I asked BLACK to perform the Standardized Field Sobriety Test. I observed the following clues during the test. Horizontal Gaze Nystagmus Test: 6 of 6 clues, Walk and Turn Test: 2 of 8 clues, and One Leg Stand Test: 1 of 4 clues. I conducted a breath test utilizing my vehicle's Alco-Sensor FST Breathalyzer, and it registered the presence of alcohol.

After completing the test, I placed BLACK under arrest and issued BLACK Violation Notice # E2647020 for 36 CFR 4.23(a)(2) Operating a Motor Vehicle with BAC >0.08 (DUI PER SE).

I transported BLACK to the Coconino County Jail Facility. BLACK provided 2 breath samples on the Intoxilyzer 9000 which recorded a BAC of 0.084 (2246 HR) and 0.081 (2251 HR). The test was administered by Ranger Wagoner.

BLACK was booked at the Coconino County Detention Facility for an initial appearance.

The foregoing statement is based upon:
☒ My personal observation     ☒ My personal investigation
☐ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/02/2026   _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles**   Digitally signed by Camille D. Bibles
Date: 2026.02.03 04:52:30 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A106 | E 2647021 | ARVIZU-SORIA | 217 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 02/02/2026 21:30
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 4.14(b)
Place of Offense: GLCA / GLEN CANYON DAM OVERLOOK
Offense Description: Factual Basis for Charge — HAZMAT ☐
OPEN CONTAINER OF ALCOHOL IN A MOTOR VEHICLE

**DEFENDANT INFORMATION**
Phone: (520) ███-█
Last Name: BLACK
First Name: ERIC
M.I.: L
Street Address: HIGHWAY ███
City: MARBLE CANYON
State: AZ
Zip Code: 86036
Date of Birth: ██/██/██
D.L. State: AZ
☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: BRO   Eyes: BLK   Height: 5'05   Weight: 180 LBS

**VEHICLE** CMV ☐
State: AZ   Year: '97   Make/Model: GMC/SIERRA   PASS ☐   Color: BLU

A ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.
B ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

MANDATORY ARREST

PAY THIS AMOUNT AT www.cvb.uscourts.gov
$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: ___
Date: ___   Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ___

Original - CVB Copy

---

UNITED STATES DISTRICT COURT VIOLATION NOTICE

---

Location Code A106   Citation Number – E2647021
NPS Case Number – 26-034162   Ranger Last Name – ARVIZU-SORIA
☒ AUDIO OR VIDEO PRESENT (Check Box if Yes)

**STATEMENT OF PROBABLE CAUSE** (For issuance of an arrest warrant or summons)
I state that on 2/2/2026 while exercising my duties as a law enforcement officer in the District of Arizona -

At 2036 hours, I, Ranger Arvizu-Soria, and Ranger Knight were patrolling Dam Overlook within Glen Canyon National Recreation Area. I observed a GMC Sierra, Arizona license plate 5YA9L1, parked in the Dam Overlook Parking Lot with the engine and lights off. As I approached the vehicle for a welfare check, I identified myself and noticed a lot of movement in the car. I asked the driver, later identified as Eric BLACK via his AZ driver's License, to roll his window down, but he said he couldn't open it from the inside, so I opened the door for him. I asked BLACK to step out of the vehicle so I could talk to him. As the driver got out of the vehicle, I immediately smelled a strong odor of an alcoholic beverage coming from his vehicle. BLACK's eyes were bloodshot and watery.

Ranger Knight asked BLACK if he had been drinking before he got to the Dam Overlook. BLACK stated that he had drunk before he got to the Dam Overlook Parking Lot, and he had not drunk anything since arriving at the overlook.

I saw a closed can of Steel Reserve High-gravity larger in a cupholder on the dash. As I continued my investigation, I located multiple empty shot bottles in the center console. Later when I completed the search of the vehicle, I located six "99" shot bottles and the one closed high-gravity lager, 24 oz can.

I asked BLACK to perform the Standardized Field Sobriety Test. I observed the following clues during the test. Horizontal Gaze Nystagmus Test: 6 of 6 clues, Walk and Turn Test: 2 of 8 clues, and One Leg Stand Test: 1 of 4 clues. I conducted a breath test utilizing my vehicle's Alco-Sensor FST Breathalyzer, and it registered the presence of alcohol.

After completing the test, I placed BLACK under arrest and issued BLACK Violation Notice # E2647021 for 36 CFR 4.14(b) Open Container of Alcohol in a Motor Vehicle.

I transported BLACK to the Coconino County Jail Facility. BLACK provided 2 breath samples on the Intoxilyzer 9000 which recorded a BAC of 0.084 (2246 HR) and 0.081 (2251 HR). The test was administered by Ranger Wagoner.

BLACK was booked at the Coconino County Detention Facility for an initial appearance.

The foregoing statement is based upon:
☒ My personal observation   ☒ My personal investigation
☐ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/02/2026     Officer's Signature: ___

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles** Digitally signed by Camille D. Bibles Date: 2026.02.03 04:51:36 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge